262 So.2d 395

**J. I. ROBERTS DRILLING COMPANY**

v.

**DAVIS OIL COMPANY.**

No. 52500.

May 30, 1972.

Application denied; there is no error of law in the judgment complained of.

■

262 So.2d 395

**Ewell J. THIBODEAUX**

v.

**ASSOCIATED DISTRIBUTING COM-PANY, Inc.**

No. 52473.

May 30, 1972.

Writ denied. On the facts found by the Court of Appeal there is no error in the judgment complained of.